UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIMIANO ELECTRIC CO.,

Plaintiff,

-v-

JOHNSON CONTROLS, INC. and SAFECO
INSURANCE COMPANY OF AMERICA,

Defendant.

ECF CASE

Case No. _____

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

PRIMIANO ELECTRIC CO.         (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: May 2, 2008

Signature of Attorney  GREGORY MASON

Attorney Bar Code: GM9364