

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Mario A. Fristachi
Of Counsel
mfristachi@lbcclaw.com

June 10, 2008

**Via ECF and Regular Mail**

Hon. Gerard E. Lynch
United States District Court
Southern District of New York
US Courthouse, Room 910
500 Pearl Street
New York, NY 10007

      Re:  Primiano Electric Co. vs. Johnson Controls, Inc. and Safeco
           Insurance Company of America
           Case No.: 08 CV 4267 (GEL) (THK)

Dear Judge Lynch:

      We represent both defendants in the above action. We respectfully request an extension of time to interpose an Answer to July 15, 2008. The original date for Answers to be filed was June 11 and June 13, 2008. This is the first request for an extension. Our adversary has consented, and I enclose a Stipulation executed by both parties to that effect.

      It is respectfully requested that the Court so order the Stipulation.

      Respectfully Submitted,

      L'ABBATE, BALKAN, COLAVITA
      & CONTINI, LLP

      Mario A. Fristachi (MF8685)
      Of Counsel

cc:  Gregory Mason
      220 Old Country Road
      Mineola, NY 11501-4208

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

PRIMIANO ELECTRIC CO.,

      **Plaintiff,**

-against-

JOHNSON CONTROLS, INC and
SAFECO INSURANCE COMPANY
of AMERICA

      **Defendants**
-------------------------------------------------------X

Case No.: 08CV 4267 (GEL) (THK)

**STIPULATION
EXTENDING TIME
TO ANSWER**

  IT IS HEREBY STIPULATED that the time for defendants Johnson Controls, Inc. and Safeco Insurance Company of America to appear and to answer, amend or supplement the Answer as of course or to make any motion with relation to the Complaint in this action, be and the same hereby is extended to and including the 15th day of July, 2008.

Dated: Garden City, New York
   June 9, 2008

L'Abbate, Balkan, Colavita & Contini, LLP
Attorneys for Defendants

_____
By: Mario A. Fristachi, Of Counsel (MF8685)
1001 Franklin Avenue 3rd Floor
Garden City, New York 11530
(516) 294-8844

Gregory Mason
Attorney for Plaintiff

_____
Gregory Mason (GM 9364)
220 Old Country Road
Mineola, New York 11501
(516) 746-5498

So Ordered:

_____
Hon. Gerard E. Lynch
United States District Court Judge