UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

PRIMIANO ELECTRIC CO.,

                **Plaintiff,**

  -against-

JOHNSON CONTROLS, INC and
SAFECO INSURANCE COMPANY
of AMERICA

                **Defendants**
-----------------------------------------------------X

Case No.: 08CV 4267 (GEL) (THK)

STIPULATION
EXTENDING TIME
TO ANSWER

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

IT IS HEREBY STIPULATED that the time for defendants Johnson Controls, Inc. and Safeco Insurance Company of America to appear and to answer, amend or supplement the Answer as of course or to make any motion with relation to the Complaint in this action, be and the same hereby is extended to and including the 15th day of August, 2008.

Dated: Garden City, New York
       July 10, 2008

L'Abbate, Balkan, Colavita & Contini, LLP
Attorneys for Defendants

_____
By: Mario A. Fristachi, Of Counsel (MF8685)
1001 Franklin Avenue 3rd Floor
Garden City, New York 11530
(516) 294-8844

Gregory Mason
Attorney for Plaintiff

_____
Gregory Mason (GM 9364) (by MAF)
220 Old Country Road
Mineola, New York 11501
(516) 746-5498

So Ordered:
_____
Hon. Gerard E. Lynch
United States District Court Judge
7/21/08